UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE JOHNSON, JR.<br><br>Defendant. | Case No.  18cr4955-H<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On July 1, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of CLARENCE JOHNSON, JR. ("Defendant") in the following firearm and ammunition pursuant to Title 21, United States Code, 853:

    a.    One (1) Ruger SR40C Pistol, CAL: 40, SN: 343-67356;

    b.    Thirty-five (35) rounds Winchester-Western ammunition, CAL: 40.

For thirty (30) consecutive days ending on August 7, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearm and ammunition in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the

Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the firearm and ammunition.

There were no potential third parties known to the United States to have alleged an interest in the forfeited firearm and ammunition, therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited firearm and ammunition described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of CLARENCE JOHNSON, JR. and any and all third parties in the following firearm and ammunition are hereby condemned, forfeited and vested in the United States of America:

    a.    One (1) Ruger SR40C Pistol, CAL: 40, SN: 343-67356;

    b.    Thirty-five (35) rounds Winchester-Western ammunition, CAL: 40.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the forfeited firearm and ammunition according to law.

DATED: 1/23/2024

                                                      Honorable Marilyn L. Huff
                                                      United States District Court Judge